Case 3:23-cv-00040   Document 22   Filed on 07/14/23 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
July 14, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| PHILIPS NORTH AMERICA LLC, | § § § | |
| Plaintiff, | § § | |
| VS. | § § | 3:23-CV- 40 |
| ATLAS COMPREHENSIVE TECHNICAL SERVICES, *et al.*, | § § § § | |
| Defendants. | | |

## **ORDER**

The court has been advised that a settlement has been reached between the plaintiff and the defendants. Accordingly, the court orders that all claims against the defendants in the above-styled case are dismissed with prejudice to refiling, unless either party represents in a writing filed with the court on or before Monday, August 14, 2023, that the settlement could not be completely documented. If the parties wish the case disposed of on an agreed final judgment rather than this order, it must be submitted to the court on or before Monday, August 14, 2023.

Signed on Galveston Island this 14th day of July, 2023.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE