United States District Court
Southern District of Texas
**ENTERED**
August 18, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| PHILIPS NORTH AMERICA LLC, | § § § § § § § § § § | |
| Plaintiff, | | |
| VS. | | 3:23-CV-40 |
| ATLAS COMPREHENSIVE TECHNICAL SERVICES, *ET AL*., | | |
| Defendants. | | |

## **STIPULATED DISMISSAL**

On August 17, 2023, the parties filed a joint stipulation of dismissal without prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. Dkt. 26.

Accordingly, it is hereby **ORDERED** that all claims asserted by any party in the above-captioned lawsuit are hereby **DISMISSED WITHOUT PREJUDICE** to their being re-filed. Each party shall bear its own attorneys' fees and costs. Any pending motions are hereby denied as moot.

Per the terms of the Parties' settlement agreement, this dismissal will automatically convert to a dismissal with prejudice upon Defendants' completion on or before October 16, 2023, of certain conditions precedent.

Signed on Galveston Island this 18th day of August, 2023.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE